**Dissenting Opinion from Denial of En Banc Reconsideration filed April 2, 2020.**



In the

# 𝕱𝐨𝐮𝐫𝐭𝐞𝐞𝐧𝐭𝐡 𝐂𝐨𝐮𝐫𝐭 𝐨𝐟 𝐀𝐩𝐩𝐞𝐚𝐥𝐬

## NO. 14-15-00498-CR
## NO. 14-15-00499-CR

**SCOTT NILES, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 14**
**Harris County, Texas**
**Trial Court Cause Nos. 2018917 & 2018918**

## DISSENTING OPINION FROM DENIAL OF EN BANC RECONSIDERATION

I join the dissenting opinion from the denial of en banc reconsideration. I write separately to note that no motions for rehearing were filed in these appeals. Were they to have been filed, I would have voted to grant rehearing.

/s/      Charles A. Spain
         Justice

En Banc Panel consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant. (Bourliot, J., dissenting, joined by Zimmerer, J., Spain, J., Hassan, J.; Spain, J., dissenting).

Publish—Tex. R. App. P. 47.2(b).